IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 09-0480
 ((((((((((((((((

 In The Interest Of C.H.C. A Child,

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The petition for review, filed on June 10, 2009, is ABATED.
 2. This petition is removed from the Court's active docket. It is
the parties' responsibility to immediately notify this Court when the court
of appeals' decision is final.

 Done at the City of Austin, this 29th day of June, 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk